BEFORE THE FIRST DIVISION, FEBRUARY 13, 1962

**No. 66449.**—F. W. Myers & Co., Inc., for a/c Ayerst Laboratories, Inc. *v.* United States, protests 60/16917 and 60/22135 (Ogdensburg).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise, invoiced as "Primidone B. P.," is, in fact, "5-Ethyl-5-phenyl-hexahydropyrimidine-4: 6-dione," the claim of the plaintiff was sustained.

**No. 66450.**—Artiflor Manufacturing Co. et al. *v.* United States, protests 61/10332, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 13, 1962

**No. 66451.**—Empire Findings Co., Inc. *v.* United States, protests 59/2229, 59/17170, and 60/1130 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of percussion hammers similar in all material respects to those the subject of *Arthur Salm, Inc.* v. *United States* (46 Cust. Ct. 68, C.D. 2235), the claim of the plaintiff was sustained.